UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CUTTING EDGE VISION, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HTC CORPORATION and HTC AMERICA, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO.  2:20-cv-01618-RAJ-MLP<br><br>**STIPULATED MOTION AND ORDER**<br><br>District Judge: Richard A. Jones<br>Magistrate Judge: Michelle L. Peterson<br>Complaint filed: 11/03/2020<br><br>Noted for: March 2, 2021 |

　　　WHEREAS, consistent with the parties' agreement, (Doc. 30), the deadline for Defendants' Local Rule 121 and 122 Disclosures is presently March 22, 2021, (Doc. 31).

　　　WHEREAS, the Local Rule 130(a) deadline to propose terms for construction is presently April 8, 2021. (*Id*.)

　　　WHEREAS, a member of counsel for Defendants' team has tested positive for the COVID-19 virus and progress on the Disclosures has been impacted.

　　　WHEREAS, the parties have agreed to extend the Disclosures deadline for two weeks to accommodate the resulting impact and required reallocation of resources.

WHEREAS, to allow additional time between disclosures, the parties have further agreed to extend the time for the parties' proposed terms disclosures by one week.

WHEREAS, the agreed extension is not meant for improper delay of this proceeding and no other case deadlines will be impacted.

NOW, THEREFORE, by and through their respective counsel of record, the parties stipulate and agree, subject to the approval of the Court, that the time for Defendants' Local Rule 121 and 122 Disclosures shall be extended to and including April 5, 2021 and the Local Rule 130(a) deadline for the parties to identify Proposed Terms for Construction shall be extended to and including April 15, 2021.

IT IS SO STIPULATED.

Dated:  March 2, 2021　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

By:　*/s/ Lara S. Garner*
　　　Ross G. Kirkbaumer, WSBA # 56310
　　　Lara S. Garner, *Pro Hac Vice*
　　　Sean D. Flaherty, *Pro Hac Vice*

　　　Attorneys for Defendants HTC CORPORATION and HTC AMERICA, INC.
　　　Gordon Rees Scully Mansukhani, LLP
　　　701 Fifth Avenue, Suite 2100
　　　Seattle, WA 98104
　　　Phone: (619) 230-7733
　　　Fax: (206) 689-2822
　　　rkirkbaumer@grsm.com
　　　lsgarner@grsm.com
　　　sflaherty@grsm.com

Dated: March 2, 2021　　　　　　　　　OGDEN MURPHY WALLACE, PLLC

By:　*/s/ Daniel J. Vecchip*
　　　Daniel J. Vecchio, WSBA #44632
　　　901 Fifth Avenue, Suite 3500
　　　Seattle, WA 98164
　　　Tel: (206) 447-7000

STIPULATION AND ORDER -2　　　　　　　　　　　**GORDON REES SCULLY MANSUKHANI, LLP**
　　　　　　　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA  98104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

dvecchio@omwlaw.com
*Attorneys for Plaintiff*

STIPULATION AND ORDER -3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104

**ORDER**

IT IS SO ORDERED.

DATED this 3rd day of March, 2021

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER -4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104

## CERTIFICATE OF SERVICE

I, Lara S. Garner, counsel of record for the defendant in this matter hereby certify that a true and correct copy of the foregoing was served by e-mail on this 2nd day of March 2021, on the below counsel of record for Plaintiff in this matter.

                                           */s/ Lara S. Garner*
                                           Lara S. Garner

Daniel J. Vecchio
OGDEN MURPHY WALLACE, PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA  98164
Tel: 206-447-7000
dvecchio@omwlaw.com

Eamon Kelly, *Pro Hac Vice*
SPERLING & SLATER, PC
55 West Monroe Street, 32nd Floor
Chicago, IL  60603
Tel: 312-641-3200
Fax: 312-641-6492
ekelly@sperling-law.com

Justin J. Lesko, *Pro Hac Vice*
Steven G. Lisa, *Pro Hac Vice*
THE LAW OFFICES OF LISA & LESKO, LLC
55 East Monroe Street, Suite 3800
Chicago, IL  60603
Tel: 480-442-0297
justinlesko@patentit.com
stevelisa@patentit.com

*Attorneys for Plaintiff*